[No. 64733-4-I.  Division One.  March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JOE MAYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11763-1, Jeffrey M. Ramsdell, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 64802-1-I.  Division One.  March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW ARCHULETA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-00111-3, Carol A. Schapira, J., entered December 18, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 39316-6-II.  Division Two.  March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LEA DELAYNE OLNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00839-0, Katherine M. Stolz, J., entered May 22, 2009. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 40329-3-II.  Division Two.  March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EUGENE HICKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00042-0, James W. Lawler, J., entered February 3, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.